JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sripaphay Phankhamsao Amone,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01594-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 1, 2022 to September 30, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern District.  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

1  Additionally, for the weeks of August 1, 2022, Counsel for Plaintiff has 13 merit briefs,
2  and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this
3  matter for the Court.
4  Defendant does not oppose the requested extension. Counsel apologizes to the Defendant
5  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 22, 2022   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: July 22, 2022        PHILLIP A. TALBERT
  United States Attorney
  PETER K. THOMPSON
  Acting Regional Chief Counsel, Region IX
  Social Security Administration

By:  *\*/s/ Caspar I. Chan*
  Caspar I. Chan
  Special Assistant United States Attorney
  Attorneys for Defendant
  (\*As authorized by email on July 22, 2022)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 11), IT IS HEREBY ORDERED that Plaintiff shall file an opening brief by September 30, 2022. All remaining dates in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:  **July 26, 2022**              /s/ *Erica P. Grosjean*
                                                            UNITED STATES MAGISTRATE JUDGE