Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Sripaphay Amone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRIPAPHAY PHANKHAMSAO AMONE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  1:21-cv-01594-EPG<br><br>STIPULATION FOR DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 13). |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared".

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, that Plaintiff voluntarily dismisses the above -referenced action.  Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: August 16, 2022 | | /s/ *Jonathan O. Peña* |
| | | JONATHAN O. PEÑA |
| | | Attorney for Plaintiff |
| Dated: August 16, 2022 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | PETER K. THOMPSON |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | _*_ *Caspar Chan* |
| | | Caspar Chan |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |
| | | (*Permission to use electronic signature obtained via email on August 16, 2022 ) |

**ORDER**

Based upon the stipulation (ECF No. 13) of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear its own attorney fees, costs, and expenses associated with the action. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 17, 2022**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE